UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Travis H. Willis                                    Docket No. 5:16-MJ-1213-1

**Petition for Action on Probation**

COMES NOW Thomas E. Sheppard, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Travis H. Willis, who, upon an earlier plea of guilty to Driving While Impaired - Level 5 in violation of N.C.G.S. 20-138.1 as assimilated by 18 U.S.C. §13, was sentenced by the Honorable James E. Gates, U.S. Magistrate Judge on April 7, 2016, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Supervision of this case was transferred immediately to the Western District of Missouri. The probation office in that district recommends that an alcohol abstinence and a search condition be added, as is customary in their district. The defendant signed a Waiver of Hearing agreeing to the proposed modifications of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall not consume or possess alcoholic beverages or beer, at any time.

2. The defendant shall submit his person, and any property, house, residence, office, vehicle, papers, computer, other electronic communication or data storage devices, or media and effects to a search at any time, conducted by a U.S. Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing
                                                is true and correct.

/s/ Eddie J. Smith                              /s/ Thomas E. Sheppard
Eddie J. Smith                                  Thomas E. Sheppard
Supervising U.S. Probation Officer              U.S. Probation Officer
                                                310 Dick Street
                                                Fayetteville, NC 28301-5730
                                                Phone: 910-354-2541
                                                Executed On: May 2, 2016

Travis H. Willis
Docket No. 5:16-MJ-1213-1
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __2nd__ day of __May__, 2016 and ordered filed and made a part of the records in the above case.

_Kimberly A. Swank_
Kimberly A. Swank
U.S. Magistrate Judge